[No. 38569-4-II.  Division Two.  December 1, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. KIMBERLY ARLANDIS PATTERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 08-1-01355-7, Richard D. Hicks, J., entered November 13, 2008. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Bridgewater and Armstrong, JJ.

[No. 27397-1-III.  Division Three.  December 1, 2009.]

AG LINK, INCORPORATED, *Respondent*, v. BRADLEY T. SHRUM ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Lincoln County, No. 07-2-00018-7, Philip W. Borst, J., entered August 19, 2008. *Reversed* and *remanded* by unpublished opinion per Schultheis, C.J., concurred in by Kulik and Korsmo, JJ.

[No. 27100-5-III.  Division Three.  December 3, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. LANDON EVANS BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-1-01408-1, Maryann C. Moreno, J., entered March 31, 2008. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Kulik, JJ.

[No. 27449-7-III.  Division Three.  December 3, 2009.]

RANDY HEISTAND, *Respondent*, v. JAMES F. COX, *as Personal Representative, Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 06-2-00173-0, Scott R. Sparks, J., entered August 27, 2008. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, A.C.J., and Korsmo, J.